UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CHAMBERS,

    Plaintiff,

v.                                               Case No. 1:19-cv-489
                                               Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

      In accordance with the Opinion filed this date:

      The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

      **IT IS SO ORDERED**.


Dated:  September 28, 2020                /s/ Ray Kent
                                                   RAY KENT
                                                   United States Magistrate Judge